**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LINDA EVANSWOOD ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-03801-SAG |
| ) | |
| THE LAW OFFICES OF H. WAYNE ) | |
| NORMAN, JR, P.A. ) | |
| ) | |
| Defendant ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party shall be responsible for paying its own attorney fee, costs and expenses.

THE KENNEDY LAW FIRM                THE LAW OFFICES
                                                              OF RONALD S. CANTER, LLC

/s/ Bernard T. Kennedy                         /s/ Ronald S. Canter
Bernard T. Kennedy, Esquire               Ronald S. Canter, Esquire
*Signed With Permission of Bernard T.* Bar No. 01024
*Kennedy*                                                200A Monroe Street, Suite 104
P.O. Box 673                                           Rockville, Maryland 20850
Blairsville, GA 30514                           Telephone: (301) 424-7490
*Attorney for Plaintiff*                           Facsimile:   (301) 424-7470
                                                                rcanter@roncanterllc.com
                                                                *Attorney for Defendant*

APPROVED:

_____
JUDGE